IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-22778-UU

VICTOR ARIZA,

    Plaintiff,

v.

AZTECA RESTAURANT ENTERPRISES, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, VICTOR ARIZA and Defendant, AZTECA RESTAURANT ENTERPRISES, INC., by and through their undersigned counsel, hereby notify the Court that the parties have settled all terms material to this action. The Parties are in the process of executing a settlement agreement and request that the Court stay all matters and pending deadlines for thirty (30) days in order to allow the parties to finalize their written settlement agreement and submit the appropriate notices and/or motions to the Court regarding dismissal.

Respectfully submitted this 24th, day of July, 2020.

| | |
|---|---|
| */s/ Roderick V. Hannah*____ | */s/ Pelayo M. Duran*____ |
| Roderick V. Hannah, Esq. | Pelayo M. Duran, Esq. |
| Florida Bar No. 435384 | Florida Bar No. 0146595 |
| | |
| **Roderick V. Hannah, Esq., P.A.** | **Law Office of Pelayo Duran, P.A.** |
| Counsel for the Plaintiff | Co-Counsel for the Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| E-Mails: rhannah@rhannahlaw.com and | E-Mails: duranandassociates@gmail.com |
| kflynn@rhannahlaw.com | and mperezda@gmail.com |

*/s/ Evelyn Greenstone Kammet*
Evelyn Greenstone Kammet, Esq.
Florida Bar No. 0044060

**Vernis & Bowling of Miami, P.A.**
Counsel for the Defendant
1680 N.E. 135th Street
Miami, FL 33181
E-Mails: egreenstone@florida-law.com,
egkfiling@florida-law.com and
egutierrez@florida-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2020, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record.

**Vernis & Bowling of Miami, P.A.**
1680 N.E. 135th Street
Miami, FL 33181
Tel:    305-895-3035
Fax:   305-892-1260

By: */s/ Evelyn Greenstone Kammet*
   Evelyn Greenstone Kammet, Esq.
   Florida Bar No. 0066040
   egreenstone@florida-law.com
   egkfiling@florida-law.com
   Daniel E. Davis, Esq.
   Florida Bar No. 0116594
   ddavis@florida-law.com
   rgutierrez@florida-law.com