UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22778-UU

VICTOR ARIZA,

    Plaintiff,

v.

AZTECA RESTAURANT ENTERPRISES, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Notice of Settlement. D.E. 9.

THE COURT having considered the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _24th_ day of July, 2020.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record