UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-22778-UU

**VICTOR ARIZA**,

    Plaintiff,

vs.

**AZTECA RESTAURANT ENTERPRISES, INC.**
**a foreign for-profit corporation,**
    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, VICTOR ARIZA ("Plaintiff"), and Defendant, AZTECA RESTAURANT ENTERPRISES, INC. ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file a dismissal of all of Plaintiff's claims in the action with prejudice. A resolution of all matters in dispute among all Parties in this action has been made. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of the Dismissal.

Dated: August 13, 2020.

    Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)

|  |  |
|---|---|
| | Email: duranandassociates@gmail.com |
| By  *s/ Roderick V. Hannah* <br> RODERICK V. HANNAH <br> Fla. Bar No. 435384 | By  *s/ Pelayo M. Duran* <br> PELAYO M. DURAN <br> Fla. Bar No. 0146595 |

**Vernis & Bowling of Miami, P.A.**
Counsel for the Defendant
1680 N.E. 135th Street
Miami, FL 33181
E-Mails: egreenstone@florida-law.com,
egkfiling@florida-law.com
egutierrez@florida-law.com

*By       /s/ Evelyn Greenstone Kammet*
EVELYN GREENSTONE KAMMET
Florida Bar No. 0044060