**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-22778-UU

VICTOR ARIZA,

    Plaintiff,

v.

AZTECA RESTAURANT ENTERPRISES, INC.,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court upon the parties' Notice of Voluntary Dismissal With Prejudice. D.E. 12. The Court having considered the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with each party bearing its own attorneys' fees and costs.

DONE AND ORDERED in Chambers, Miami, Florida, this _13th_ day of August, 2020.

                                                                                          _____
                                                                                         URSULA UNGARO
                                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record